UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MARVIN WEAVER and CHRIS WEAVER
d/b/a WEAVER FARMS,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY
And THE CHARTER OAK FIRE INSURANCE COMPANY,
MICHAEL W. HARRIS,

    Defendant.

No.: 1:23-cv-00219

JURY DEMANDED

### JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

    Plaintiffs, Marvin Weaver and Chris Weaver d/b/a Weaver Farms, together with Defendants, the Travelers Indemnity Company and the Charter Oak Fire Insurance Company, by and through their undersigned counsel of record, pursuant to *Fed. R. Civ. P.* Rule 41(a)(1), file this "Joint Stipulation of Dismissal, With Prejudice" and hereby jointly stipulate as follows:

    1.    All claims and matters in controversy in this case have been fully resolved by negotiated compromise settlement.

    2.    Accordingly, this case and all claims of Plaintiff against Defendants herein are to be dismissed *with prejudice* and with each party bearing its own court costs, discretionary costs and attorney's fees.

| CHANCEY-KANAVOS | FREEMAN MATHIS & GARY, LLP |
|---|---|
| By:   /s/ H. Franklin Chancey | By: *s/ Alexander J. Bialk* |
| H. FRANKLIN CHANCEY, BPR #013187 | Alexander Bialk (abialk@fgppr.com) |
| P.O. Box 42 | Matthew S. Ponzi (mponzi@fgppr.com) |
| Cleveland, TN 37364-0042 | Foran Glennon Palandech Ponzi & Rudloff PC |
| Phone: (423) 479-9186 | 222 N. LaSalle Street, Suite 1400 |
| E-mail: *franklin@cklplaw.com* | Chicago, IL 60601 |
| *Attorney for Plaintiffs* | Tel: (312) 863-5000 |
| | Fax: (312) 863-5099 |
| | *Attorneys for Defendant* |